CO-386
10/2018

# United States District Court
# For the District of Columbia

CENTER FOR BIOLOGICAL )
DIVERSITY; and SIERRA CLUB )
)
)
       Plaintiff )
vs )    Civil Action No._____
)
DAVID BERNHARDT, et al., )
)
)
       Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff organizations_____ which have any outstanding securities in the hands of the public:

The CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB are non-profit organizations that have no parent companies, subsidiaries, affiliates, or outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                         Attorney of Record

                                         /s/ William J. Snape, III_____
                                         Signature

__D.C. Bar No. 455266_____      William J. Snape, III_____
BAR IDENTIFICATION NO.                  Print Name

                                         1411 K Street, NW, Suite 1300_____
                                         Address

                                         Washington, D.C.  20005_____
                                         City            State         Zip Code

                                         (202) 536-9351_____
                                         Phone Number